**DISMISS; and Opinion Filed January 29, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01422-CV

**BANK OF THE WEST, Appellant**
**V.**
**TXS UNITED HOUSING PROGRAM, INC., Appellee**

**On Appeal from the 95th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-10-04636**

## MEMORANDUM OPINION

Before Justices FitzGerald, Lang, and Fillmore
Opinion by Justice Fillmore

Before the Court is appellant's January 24, 2014 motion to dismiss the appeal. Appellant

has informed the Court that it no longer wishes to pursue this appeal. Accordingly, we grant

appellant's motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).


/Robert M. Fillmore/
ROBERT M. FILLMORE
JUSTICE


121422F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

BANK OF THE WEST, Appellant

No. 05-12-01422-CV          V.

TXS UNITED HOUSING
PROGRAM, INC., Appellee

On Appeal from the 95th Judicial District
Court, Dallas County, Texas.
Trial Court Cause No. DC-10-04636.
Opinion delivered by Justice Fillmore.
Justices FitzGerald and Lang, participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee, TXS UNITED HOUSING PROGRAM, INC., recover its costs of this appeal from appellant, BANK OF THE WEST.

Judgment entered this 29th day of January, 2014.

/Robert M. Fillmore/

ROBERT M. FILLMORE
JUSTICE